1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    TROY MITCHELL NAYLOR,                    CASE NO. 1:11-cv-01649-LJO-MJS (PC)

12              Plaintiff,                     **ORDER:**

13         v.                                  **GRANTING DEFENDANT'S MOTION FOR
                                               EXTENSION OF TIME (ECF No. 24); AND**
14    CLIFF ALLENBY,

15              Defendant.                     **GRANTING   IN   PART   PLAINTIFF'S
                                               MOTION FOR EXTENSION OF TIME (ECF**
16                                             **No. 25)**

17

18         Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil

19    rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 & 5.) This matter

20    proceeds against Defendant Duvall on Plaintiff's First Amendment retaliation and Fourth

21    Amendment unlawful search claims. (ECF No. 6.)

22         On December 9, 2014, the undersigned issued findings and recommendations to

23    grant in part and deny in part Defendant's request for judicial notice, and to grant in part

24    and deny in part Defendant's motion to dismiss. (ECF No. 23.) The parties were afforded

25    fourteen days to file written objections to the findings and recommendations.

26         On December 22, 2014, Defendant moved to extend time to file objections to

27    January 9, 2015 due to defense counsel's participation in an unanticipated federal

28
                                               1

1   appeal of an unrelated state court order. (ECF No. 24.) Also on December 22, 2014,

2   Plaintiff moved to extend time to file objections by ninety days to conduct additional legal

3   research. (ECF No. 25.)

4        Defendant has presented good cause for a minimal extension of time. Plaintiff

5   also has presented good cause; however, in light of the limited nature of the findings and

6   recommendations, which are largely in Plaintiff's favor, a ninety day extension is

7   unwarranted. The parties will be afforded thirty (30) days from the date of service of this

8   order to file and serve written objections to the findings and recommendations.

9        Based on the foregoing, it is HEREBY ORDERED that:

10      1. Defendant's motion for extension of time (ECF No. 24) is GRANTED;

11      2. Plaintiff's motion for extension of time (ECF No. 25) is GRANTED IN

12         PART;

13      3. Any party may file and serve written objections to the findings and

14         recommendations within thirty (30) days of the service of this order; and

15      4. Any reply to the objections shall be filed and served within fourteen (14)

16         days after service of the objections.

17

18  IT IS SO ORDERED.

19     Dated:   January 6, 2015     /s/ *Michael J. Seng*

20                                UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28