UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY MITCHELL NAYLOR,<br><br>            Plaintiff,<br><br>    v.<br><br>CLIFF ALLENBY, et al.,<br><br>            Defendants. | CASE NO. 1:11-cv-01649-LJO-MJS (PC)<br><br>ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 44)<br><br>CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE |

Plaintiff is a civil detainee who is being held at Coalinga State Hospital. He is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 & 5.)

On November 2, 2015, Plaintiff filed a notice of voluntary dismissal. (ECF No. 44.) It appears from Plaintiff's motion that he seeks dismissal with prejudice. Plaintiff states that he "realizes that the subject matter can never be re-opened and forfeits any future legal action in this matter." (ECF No. 44 at 2.)

Because Defendant Duvall had already appeared in the action and filed an answer, the Court ordered Defendant to respond to Plaintiff's motion. (ECF No. 45.) On December 17, 2015, Defendant Duvall responded that he does not object to Plaintiff's motion for voluntary dismissal. (ECF No. 46.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court may dismiss an action under Federal Rule of Civil Procedure 41(a)(2) at a plaintiff's request.  Plaintiff acknowledges that the dismissal will be with prejudice, and Defendant does not object.

Accordingly, this action is hereby DISMISSED with prejudice.  The Clerk shall terminate all pending motions and CLOSE this case.

IT IS SO ORDERED.

Dated:  **December 18, 2015**        /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE